**Petition for reinstatement from inactive status.**

**No. 139 DB 2001.**

Supreme Court of Pennsylvania.

Jan. 23, 2002.

### ORDER

PER CURIAM.

AND NOW, this **23rd** day of **January,** 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 14, 2001, are approved and IT IS ORDERED that WILLIAM EDWARD EBERSOLE, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

◼

### In the Matter of Mark Anthony DESIMONE.

**No. 719 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2002.

### ORDER

PER CURIAM.

AND NOW, this 31st day of January, 2002, a Rule having been entered by this Court on December 28, 2001, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Mark Anthony DeSimone to show cause why he should not be placed on temporary suspension and, upon consideration of the response filed, it is hereby

ORDERED that the Rule is made absolute; Mark Anthony DeSimone is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

◼

### In the Matter of Michael L. BRINT.

**Petition for reinstatement.**

**Nos. 346 Disciplinary Docket No. 1, 55 DB 1982.**

Supreme Court of Pennsylvania.

Feb. 14, 2002.

### ORDER

PER CURIAM.

AND NOW, this **14th** day of **February,** 2002, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 19, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation

and processing of the Petition for Reinstatement.